**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| DAVID C LETTIERI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-10130-AK |
| | ) | |
| PAUL E. BONANNO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

**KELLEY, D.J.**

On January 13, 2026, *pro se* plaintiff David Lettieri, who is in custody at FMC Devens, commenced this action by filing a civil complaint and a motion for leave to proceed *in forma pauperis*.  On January 14, 2026, the Court denied the *in forma pauperis* motion without prejudice because Lettieri had not included the six-month prison account statement required under 28 U.S.C. § 1915(a)(2).  [Dkt. 6].  The Court directed Lettieri to resolve the filing fee by either (1) prepaying the $405 filing fee; or (2) filing a renewed motion for leave to proceed *in forma pauperis* with the required prison account statement.  The Court stated that failure to do so within twenty-one (21) days would result in dismissal of this action without prejudice.

The deadline for complying with the January 14, 2026 order has passed without any response from Lettieri.  Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

**SO ORDERED.**

Dated: April 6, 2026                                    /s/ Angel Kelley
                                                                     Hon. Angel Kelley
                                                                     United States District Judge